**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **GORDON E. PERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )  No.  1:14-cv-00367-GZS |
| | ) |
| **RODNEY BOUFFARD, et al.,** | ) |
| | ) |
| **Defendant** | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 24) filed March 5, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 20) is **GRANTED**, and Plaintiff's Request to Amend the Complaint (ECF No. 21) is **DENIED**.

        /s/ George Z. Singal
        United States District Judge

Dated this 6th day of April, 2015.